BARRY J. PORTMAN
Federal Public Defender
RITA BOSWORTH
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant COOPER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-95-104 MHP |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER TO CONTINUE SUPERVISED |
| v. ) | RELEASE REVOCATION HEARING |
| ) | |
| DAVID COOPER ) | **CURRENT HEARING DATE:** February 9, 2009, at 11:00 a.m. |
| Defendant. ) | |
| ) | **PROPOSED HEARING DATE:** March 30, 2009, at 11:00 a.m. |

1. On January 5, 2009, Mr. Cooper came before the Court for a scheduled supervised release revocation hearing. Due to a pending case in another jurisdiction, the Court continued Mr. Cooper's revocation hearing to February 9, 2009.

2. The Court indicated that should Mr. Cooper's other case not be resolved prior to February 9, the parties should file a stipulation for a continuance so as not to waste valuable time and resources.

3. In order to comply with the Court's request, undersigned counsel spoke with Mr. Cooper, who related that his other case is now set to go to trial on March 20, 2009.

4. In light of the fact that the parties are awaiting the result in Mr. Cooper's pending

1  case before they proceed with the revocation hearing in this Court, it would be prudent to
2  continue Mr. Cooper's revocation hearing to a date that is later than March 20, 2009.
3     5.   AUSA Jeanne Hamilton and AUSA Shaheen Shan agree to a continuance in this
4  case. The parties request that the Court re-schedule the hearing for March 30, 2009, at 11:00
5  a.m.

7  IT IS SO STIPULATED.

8  2/2/09                                        /s/
9  _____          _____
   DATED                              JEANE HAMILTON
10                                    Assistant United States Attorney

12  2/2/09                                       /s/
13  _____          _____
    DATED                             RITA BOSWORTH
                                      Assistant Federal Public Defender

15  IT IS SO ORDERED.

17  _2/4/2009_____          _____
    DATED                             MARILYN H. PATEL
18                                    United States District Judge

*IT IS SO ORDERED*
Judge Marilyn H. Patel

Stip. & [Proposed] Order to Continue Hearing;
*U.S. v. Cooper*, CR 95-104 MHP          2