JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

JEANE HAMILTON (CABN 157834)
Special Assistant United States Attorney
    450 Golden Gate Avenue
    San Francisco, California  94102
    Telephone: (415) 436-7129
    Facsimile: (415) 436-7234
    E-Mail: Jeane.Hamilton2@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>                Plaintiff,<br><br>   v.<br><br>DAVID COOPER,<br><br>               Defendant. | No. CR 95-0104 MHP<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING HEARING**<br><br>Current Date: April 6, 2009<br>Time:  11:00 a.m.<br>Court: Hon. Marilyn Hall Patel<br><br>Proposed Date: April 13, 2009<br>Time:  10:00 a.m.<br>Court: Hon. Marilyn Hall Patel |

**STIPULATION**

      Defendant David Cooper, by and through Counsel, Rita Belle Bosworth, the United States, by and through Special Assistant United States Attorney Jeane Hamilton, and the Probation Office, by and through Shaheen Shan, hereby stipulate and agree as follows:

      1)     A status conference was originally scheduled in the above-captioned matter for March 30, 2009 at 10:00 a.m.

      2)     The Court continued the status conference until April 6, 2009.  Due to unavailability of counsel and the probation officer, the parties agree and request that the status

conference be continued until April 13, 2009 at 11:00 a.m.

     IT IS SO STIPULATED.

Dated: March 26, 2009

        /s/
Rita Belle Bosworth
Attorney for David Cooper

Dated: March 26, 2009

        /s/
Jeane Hamilton
Special Assistant United States Attorney

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The status conference in the above-captioned case will be continued until April 13, 2009 at 11:00 a.m.

Dated:   3/26/2009

Hon. Marilyn Hall Patel
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

**Stip. and [Proposed] Order Continuing Hearing**
*United States v. Cooper*, CR 95-0104 MHP     2