United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs. ) Docket Number: CR 95-00104-01 MHP
)
DAVID C COOPER )
)
)

ORDER COMMUNITY CONFINEMENT

ON MOTION OF THE PROBATION OFFICE, the defendant shall reside for a period of up to six (6) months, to commence on May 22, 2009 as directed by the U.S. Probation Officer, at Cornell Corrections Residential Reentry Center, Oakland, California, and shall observe the rules of that facility, and shall reside there for at least three (3) months and not to exceed six (6) months, at the discretion of the U.S. Probation Officer.

Date: 4/21/09

Marilyn Hall Patel
United States District Judge

APR 2 1 2009



# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**

Yador Harrell
*CHIEF U.S. PROBATION OFFICER*

**Please reply to:**
1301 Clay Street
Oakland, CA 94612-5206
TEL: (510) 637-3600
FAX: (510) 637-3625

450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

April 16, 2009

Marilyn Hall Patel
United States District Judge
San Francisco, CA

Re:   David C. Cooper
      Docket No.:  CR 95-00104-01 MHP
      COURT ORDER FOR RESIDENTIAL REENTRY CENTER

Your Honor:

On September 26, 1996, the offender was sentenced by Your Honor to 151 months imprisonment and five years supervised release, for a violation of the following: Count Four: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1), a Class C felony; and Count Five: Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. § 841(a)(1), a Class C felony. The following special conditions of supervision were ordered: Special assessment $100.00; drug/alcohol treatment; mental health treatment; access to financial information; search; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons, restitution $750,000; fine $6,000; access to financial information; no new lines of credit or debt, and search. Supervision commenced on February 6, 2006.

On April 13, 2009, Your Honor modified the offender's term of supervised release to include community confinement at the Residential Reentry Center (RRC) in Oakland, California. The offender was ordered to report to the facility on April 27, 2009. On April 15, 2009, I received a voice mail message from the facility director, Matthew Lange, advising the RRC is at full capacity with inmates and that he does not have placement until May 22, 2009. However, that a bed space has been reserved for Mr. Cooper for that date. It is respectfully requested the Court modify Mr. Cooper's report date to the halfway house to May 22, 2009.

An order is attached for Your Honor's convenience.

Respectfully submitted,

Reviewed by:

_____
Shaheen Shan
U.S. Probation Officer

_____
Marlana R. Peter
Supervising U.S. Probation Officer

NDC-SUPV-049 03/01/04