1                            United States District Court

2                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4

5     UNITED STATES OF AMERICA    )

6                  vs.             )     Docket Number: CR 95-00104-01 MHP

7     DAVID C COOPER        )

8                                  )

9

10                  ORDER COMMUNITY CONFINEMENT

11

12

13        ON MOTION OF THE COURT, the defendant shall resided for a period of up to six (6)

14  months, to commence no later than August 1, 2009 as directed by the Probation Officer, at

15  Cornell Corrections Residential Reentry Center, Oakland, California, and shall observe the rules

16  of that facility, and shall reside there for at least three (3) months and not to exceed six (6)

17  months, at the discretion of the probation officer. *Defendants request for*

18  *a subsistence waiver is GRANTED*

19  Date: *5/22/09*

20                        Marilyn Hall Patel
                            United States District Judge

21

22

23

24

25

26

27

28