United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>DAVID C. COOPER,<br><br>Defendant(s). / | No. CR 95-0104-01 MHP<br><br>**ORDER REVOKING AND REINSTATING SUPERVISED RELEASE AND JUDGEMENT** |

This matter came on pursuant to an Order to Show Cause why supervised release should not be revoked. Defendant appeared in person with his attorney Scott Sugarman. The United States was represented by Assistant United States Attorney Brian Lewis.

The defendant was advised of the following:

1. His right to a hearing on the alleged violations of supervised release;
2. His right to confront and cross-examine witnesses;
3. His right to produce evidence and witnesses at the hearing without cost to him if he could not afford the same;
4. His right to continue to have court appointed counsel represent him throughout the proceedings; and
5. The nature of the revocation proceedings and the consequences if a violation was found and supervised release revoked or modified.

The court finds that defendant was fully advised of his constitutional and statutory rights in connection with these proceedings either as a basis for modification or revocation; that he fully understands the nature of the proceeding and the defenses that he may assert in the proceeding; that he fully understands the consequences of the proceeding; and that he freely and voluntarily waives

his right to a hearing, his counsel consenting thereto.

The court finds that the defendant has admitted to violation two (2) as alleged in the petition to revoke, filed before this Court on September 14, 2010 (doc. 124), and that such violations are sufficient cause to revoke supervised release.

    Charge 2:    Violation of Standard Condition One which states that defendant shall not leave the judicial district without permission of the Court or US Probation Officer in that on July 30, 2010, defendant was arrested by CA Highway Patrol in Vallejo, California.

Based on the foregoing,

IT IS ADJUDGED that Supervised Release is hereby REVOKED and a sentence of TIME SERVED is imposed and Supervised Release is REINSTATED for a further term of 1 (one) year, with all previously ordered conditions of release to remain in full effect. The Court furthers orders that the previously-imposed condition of Halfway-House custody is VACATED, and defendant shall reside at the address provided to the US Probation Officer and shall not move from that address without prior permission of his Probation Officer who must approve of defendant's living arrangements and residence.

Dated: 2/3/2011

MARILYN HALL PATEL
United States District Court