SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
180 Montgomery St., Suite 2350
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 362-6431
scott@sugarmanandcannon.com

Attorneys for Defendant
 DAVID COOPER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br> DAVID COOPER<br> ~~MARCEL SYLVESTER,~~<br><br>  Defendant. | No. CR 95-01-4 MHP<br><br> STIPULATION AND [~~PROPOSED~~]<br> ORDER TO CONTINUE HEARING<br> ON SUPERVISED RELEASE<br> VIOLATION |

    This Court has previously set a hearing on defendant's pending Supervised Release violation for November 8, 2011 at 2:30 p.m. The Supervised Release Violation is based on two allegations: 1) he married a woman with a prior criminal record and 2) that he was driving in July 2011 with a suspended license.

    Defense counsel understands that Mr. Cooper has outstanding traffic tickets in five jurisdictions and those tickets must be cleared before he can obtain a valid driver's license. At least one of those jurisdictions is in Southern California.

    Counsel for the government and defendant STIPULATE to continue the Status Hearing to January 10, 2012 at 2:30 p.m. United States Probation Officer Russo has been notified of this proposed change of court dates and has no objection to this Stipulation.

1  IT IS SO STIPULATED.

2  DATED: November 4, 2011                    /s/
                                              Brigid Martin
3                                             Assistant United States Attorney

4

5  DATED: November 4, 2011                    /s/
                                              Scott A. Sugarman
6                                             Attorney for David Cooper

7  SO ORDERED.

8  DATE: 11-7-11

9                                             RICHARD SEEBORG
10                                            UNITED STATES DISTRICT JUDGE